IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEDRO JULIO ACOSTA PORTILLO,<br>Defendant. | Case No. 1:26-MJ-130 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jason Klepec, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") in Fairfax County, Virginia. I have been employed with ICE for more than sixteen years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for PEDRO JULIO ACOSTA PORTILLO (hereafter referred to as ACOSTA PORTILLO), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or

removal was outstanding, in violation of Title 8, United States Code, Sections 1326(a). This affidavit is also submitted in support of an arrest warrant.

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about March 20, 2026, ICE received a biographical notification that ACOSTA PORTILLO had been detained at the Prince William County Adult Detention Center located in Prince William, Virginia, within the Eastern District of Virginia, for felony possession of SCH I/II drugs in violation of Virginia Code Section (18.2-250), misdemeanor obstruct justice in violation of Virginia Code Section (18.2-460), and felony fugitive from justice in violation of Virginia Code Section (19.2-99).

6. On or about March 23, 2026, ICE received an additional biometric notification from the Prince William County Adult Detention Center located in Prince William, Virginia, within the Eastern District of Virginia. ICE received this notification after ACOSTA PORTILLO's had been booked on his previously described charges and his fingerprints were submitted through law enforcement databases. ICE then filed an Immigration Service form I-247a Immigration Detainer Notice of Action with Prince William County Adult Detention Center.

7. I performed records checks which confirmed that ACOSTA PORTILLO is a native and citizen of El Salvador who was removed from the United States on or about

September 22, 2023, at or near Alexandria, Louisiana. ACOSTA PORTILLO did not have legal authorization to reenter, pass through, or remain in the United States.

8. On March 26, 2026, I requested the fingerprint card relating to ACOSTA PORTILLO most recent arrest in Virginia.

9. On March 26, 2026, the fingerprint card was electronically processed through ICE indices containing fingerprint records of known and previously deported aliens. Results of this query showed positive matches to ACOSTA PORTILLO and his previously assigned FBI number, Virginia State Identification number, North Carolina State Identification number and assigned Alien Registration Number.

10. I also reviewed ACOSTA PORTILLO immigration file maintained by U.S. Citizenship and Immigration Services. The file, also known as an alien file, revealed that ACOSTA PORTILLO is a citizen and national of El Salvador. The file contained an executed Immigration Service Form I-205, Warrant of Removal/Deportation, bearing ACOSTA PORTILLO photograph, fingerprint, and signature. These records showed that ACOSTA PORTILLO was removed from the United States on September 22, 2023 at or near Alexandria, Louisiana.

11. ACOSTA PORTILLO alien file lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, ACOSTA PORTILLO has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

12. Based on the foregoing, I submit that there is probable cause to believe that on or about March 20, 2026, in Prince William County, Virginia, within the Eastern District of

Virginia, PEDRO JULIO ACOSTA PORTILLO, an alien who was previously removed from the United States on or about September 22, 2023, at or near Alexandria, Louisiana, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

Jason Klepec

Jason Klepec
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April 24, 2026.

Lindsey R Vaala Digitally signed by Lindsey R Vaala
Date: 2026.04.24 13:16:45 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge

Alexandria, Virginia